IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-471-MEF |
| ) | |
| MONTGOMERY COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On February 25, 2011, the Magistrate Judge filed a Recommendation (Doc. #19) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the failure of plaintiff to prosecute this action and his failure to comply with the orders of this court.

DONE this the 16th day of March, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE